# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-24-130-SLP-8 |
| ) | |
| EDGAR RODRIGUEZ ONTIVEROS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Defendant has filed a Motion seeking a reduction in sentence pursuant to Amendment 821.  *See* Doc. No. 782.  In June 2025, Defendant was sentenced by this Court to 168 months imprisonment after pleading guilty to Drug Conspiracy.  *See* Doc. No. 677.  On July 2, 2025, a Notice of Appeal was filed.  *See* Doc. No. 684; Tenth Circuit Case No. 25-6096.  "[W]hen a litigant files a notice of appeal, the district court loses jurisdiction over the case, save for collateral matters not involved in the appeal*." McKissick v. Yuen*, 618 F.3d 1177, 1196 (10th Cir. 2010) (cleaned up); *Griggs v. Provident Consumer Discount Co*., 459 U.S. 56, 58 (1982) ("It [i]s generally understood that a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously.").  Because of the pendency of the appeal, this Court has no jurisdiction to consider Defendant's Motion.  Accordingly, Defendant's Motion [Doc. No. 782] is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of October, 2025.

                                                  _____
                                                  SCOTT L. PALK
                                                  UNITED STATES DISTRICT JUDGE